Certificate Number: 14912-PAE-DE-033415843

Bankruptcy Case Number: 19-14836



14912-PAE-DE-033415843

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 15, 2019, at 10:40 o'clock AM EDT, Homer Daney completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 16, 2019            By:    /s/Jai Bhatt

                                      Name:  Jai Bhatt

                                      Title: Counselor