United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-14836-amc
Homer Daney                                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Antoinett          Page 1 of 2           Date Rcvd: Jan 02, 2020
                              Form ID: pdf900          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2020.
```
db          +Homer Daney,    510 Nazareth Pike,    Nazareth, PA 18064-9084
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,   P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14366721    +Eos Cca,   Attn: Bankruptcy,    700 Longwater Dr,    Norwell, MA 02061-1624
14366722    +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
14366724    +First PREMIER Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14366723    +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
14366726    +Fortiva,   Po Box 105555,    Atlanta, GA 30348-5555
14366725    +Fortiva,   Attn: Bankruptcy,    Po Box 105555,    Atlanta, GA 30348-5555
14366727    +PPL Electric,    2 North 9th Street,    CPC-GENN1,    Allentown, PA 18101-1139
14366729    +Santander Consumer USA,    Po Box 961245,   Ft Worth, TX 76161-0244
14366728    +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
14389416    +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
14374462    +The Bank of New York Mellon Trust Company,    NA, ET AL...,    c/o REBECCA ANN SOLARZ,
              KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 03 2020 03:09:12     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14366720     E-mail/Text: REPO@CARVANT.COM Jan 03 2020 03:08:48     Carvant Financial Llc,
              6851 Jericho Tpke Ste 245,    Syosset, NY 11791
14396267     E-mail/PDF: resurgentbknotifications@resurgent.com Jan 03 2020 03:06:22     LVNV Funding, LLC,
              c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
14385919     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 03 2020 03:09:01
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
14366730    +E-mail/Text: jennifer.chacon@spservicing.com Jan 03 2020 03:09:24
              Select Portfolio Servicing,    PO Box 65450,    Salt Lake City, UT 84165-0450
14403689     E-mail/Text: jennifer.chacon@spservicing.com Jan 03 2020 03:09:24
              The Bank of New York Mellon et. al,,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
              Salt Lake City, UT 84165-+0250
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2020 at the address(es) listed below:
```
              PAUL H. YOUNG    on behalf of Debtor Homer Daney support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   The Bank of New York Mellon Trust Company, NA, ET
               AL... bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-4            User: Antoinett              Page 2 of 2              Date Rcvd: Jan 02, 2020
                                Form ID: pdf900              Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
| --- | --- |
| HOMER DANEY | Bankruptcy No. 19-14836-AMC |
| Debtor | |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 2, 2020**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE